IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL M. NIGL,

                                          ORDER

                Plaintiff,

                                    19-cv-105-bbc

    v.

JON LITSCHER, MICHAEL MEISNER,
STEVEN SCHUELER, ANDREW WESNER,
DAISY CHASE and RANDALL HEPP,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Pro se plaintiff Paul Nigl, who is incarcerated at the Fox Lake Correctional Institution, is proceeding on claims that defendants violated his rights under the First Amendment by issuing or approving conduct reports against him in retaliation for his seeking to exercise his right to intimate association with a psychologist employed by the Department of Corrections. Before the court is a letter in which plaintiff requests the waiver of the fees and costs associated with the depositions that plaintiff noticed for August 26, 2019 for most of the defendants and Corey Heft, Joli Grenier and Michele Smith. Dkt. # 24. The request will be denied.

Although plaintiff has the right to take depositions in accordance with the procedures outlined in Federal Rule of Civil Procedure 30, he must assume the associated financial costs himself. It is plaintiff's responsibility to make all of the arrangements necessary to take the depositions, including securing a court reporter and arranging for a time and place to depose defendants and the other witnesses. The court cannot make these arrangements for plaintiff and does not have the authority to waive any costs associated with the depositions or order other parties to do so.

1

ORDER

IT IS ORDERED that Plaintiff Paul Nigl's request for the waiver of fees and costs associated with depositions noticed for August 26, 2019, dkt. #24, is DENIED.

Entered this 6th day of August, 2019.

BY THE COURT:

/s/

_____
STEPHEN L. CROCKER
Magistrate Judge