IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAUL NIGL,

    Plaintiff,

v.

    Case No. 19-CV-105-BBC

JON LITSCHER, MICHAEL MEISNER,
STEVEN SCHUELER, ANDREW
WESNER, DAISY CHASE, RANDALL
HEPP, AND EDWARD WALL,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 12/19/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |