IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| PAUL M. NIGL, | )
| | )
| Plaintiff, | )
| | )
| vs. | )  Case No. 19-cv-00105-bcc
| | )  Honorable Barbara B. Crabb
| | )
| JON LITSCHER, MICHAEL MEISNER, | )
| STEVEN SCHUELER, ANDREW WESNER, | )
| DAISY CHASE, and RANDALL HEPP, | )
| | )
| Defendants. | )

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff PAUL M. NIGL appeals pursuant to 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Seventh Circuit from the following order:

- The District Court's December 19, 2019 Order (ECF No. ___) entering final judgment in favor of Defendants and against Plaintiff.

Dated this 23 day of December, 2019.

Respectfully submitted,

Paul M. Nigl, #280834
Fox Lake Correctional Inst.
W10237 Lake Emily Road
Post Office Box 200
Fox Lake, WI 53933-0200

Pro se for Plaintiff